**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

**vs.**

**CASE NO: 08-20384**
**HON. VICTORIA A. ROBERTS**

**WANDA HENLEY,**

                **Defendant.**
_____/

**AMENDED EX PARTE ORDER AUTHORIZING DEFENSE COUNSEL**
**TO OBTAIN THE SERVICES OF A REAL ESTATE APPRAISER**

This matter is before the Court on the ex parte application of Defendant.

Defense counsel is authorized to retain the services of a real estate appraiser, LAURA HERRINGTON, Complete Appraisal Company, Southfield, Michigan, to assist him with the preparation and presentation of the defense in this matter. LAURA HERRINGTON, Complete Appraisal Company, shall be reimbursed in accordance with the payment provisions of 18 U.S.C. § 3006(e) subject to the approval of this Court.

IT IS ORDERED.

Dated: May 27, 2011

S/Victoria A. Roberts
United States District Judge